# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00061-CV

---

**In re Salvador Sanchez**

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's failure to rule on several pro se motions.[1]  However, Relator is represented by counsel below, and therefore the trial court has no obligation to rule on said motions.  *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007) ("[A] trial court is free to disregard any pro se motions presented by a defendant who is represented by counsel.").  Accordingly, we deny the petition for writ of mandamus.  *See* Tex. R. App. P. 52.8(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Filed:  February 22, 2022

---

[1] Relator at times indicates his petition is seeking habeas relief, but we lack original jurisdiction for habeas relief in criminal matters.  *See* Tex. Gov't Code § 22.221(d); *see also* Tex. Code Crim. Proc. art. 11.05; *In re Wilkins*, No. 03-20-00381-CV, 2020 WL 5608486, at *1 (Tex. App.—Austin Sept. 17, 2020, orig. proceeding).